AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Dean DelleChiaie | ) | 26-mj- 128-01-AJ |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____4/21/2026_____ in the county of _____Hillsborough_____ in the
_____ District of ___New Hampshire___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Interstate Communication of a Threat. |

This criminal complaint is based on these facts:

See Affidavit of Nathanael Gamble (attached).

☑ Continued on the attached sheet.

/s/ Nathanael Gamble
*Complainant's signature*

Nathanael Gamble, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___May 1, 2026___

*Judge's signature*

City and state: ___Concord, New Hampshire___   Hon. Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*