**AFFIDAVIT IN SUPPORT OF THE ISSUANCE OF A
CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Nathanael Gamble, being first duly sworn, hereby depose and state as follows:

INTRODUCTION AND BACKGROUND

1.      I am a Special Agent with United States Secret Service (USSS) and have been employed so since December 16, 2024. I am currently assigned to the USSS Manchester Resident Office in Manchester, New Hampshire. While employed by the USSS, I have investigated federal criminal violations related to, among other things, threats against the President of the United States and other USSS protectees. In my role with the USSS, I completed a 12-week Criminal Investigator Training Program at the Federal Law Enforcement Training Centers (FLETC) in Glynco, Georgia and a one-week Cyber Foundational Training course with the USSS National Computer Forensics Institute in Hoover, Alabama. In addition, I have completed a 22-week USSS Special Agent Training Course (SATC) at the James J. Rowley Training Center in Beltsville, Maryland.

2.      The information set forth in this affidavit is based on my personal participation in this investigation, as well as my training and experience, and information received from other law enforcement officers. I have not set forth every detail I or other law enforcement agents know about this investigation but have set forth facts that I believe are sufficient to evaluate probable cause for the issuance of the requested complaint and arrest warrant.

3.      I submit the facts below to establish probable cause to believe that Dean DELLECHIAIE has committed the crime of interstate communication of a threat, in violation of 18 U.S.C. § 875(c), within the District of New Hampshire and elsewhere.

RELEVANT LAW

4.      18 U.S.C. § 875(c), provides in relevant part that: "[w]hoever transmits in interstate

or foreign commerce any communication containing any threat to . . . to injure the person of another, shall be fined under this title or imprisoned not more than five years, or both."

PROBABLE CAUSE

5.      On or about January 30, 2026, the USSS learned about some recent internet searches conducted by an employee of the Federal Aviation Administration (FAA) named Dean DELLECHIAIE. DELLECHIAIE is employed by FAA as a contractor involved in mechanical engineering. The FAA placed DELLECHIAIE on suspension based on his searches.

6.      Between January 20, 2026 and January 29, 2026, DELLECHIAIE utilized his FAA work computer to search in substance, the following topics:

- How to get a gun into a federal facility;

- Previous assassination attempts against the President;

- Percentage of the population that wants the President dead;

- Countdown timers/clocks estimating the President's death;

- The phrase "I am going to kill Donald John Trump";

- The location of the Vice President's home and the names and ages of his children;

- The location of the Secretary of War's home and the names and ages of his children.

7.      At some point after running those searches, DELLECHIAIE took his FAA work computer to the FAA's Information Technology (IT) department and requested to delete his search history off the device. The FAA's IT department reported the concerning searches within the agency, and the FAA later contacted the USSS.

8.      On February 3, 2026, USSS Resident Agent in Charge Kerry Meade and an officer from the Nashua Police Department interviewed DELLECHIAIE at his apartment in Nashua.

DELLECHIAIE admitted to conducting the searches on his FAA work computer and was remorseful. DELLECHIAIE stated he realized he should not search these subjects and that it was crazy for him to do this on his work computer. DELLECHIAIE expressed, in substance, that what motivated him to conduct these searches was that he upset with the current administration based on multiple subjects, including the election, presidential pardons, and the "Epstein files." DELLECHIAIE stated that he also was motivated by not wanting to return to in-person work with a coworker who DELLECHIAIE had previously accused of sexual assault. The FAA had found DELLECHIAIE's complaint unsubstantiated. During the interview, Agent Meade observed the following items written on a whiteboard attached to DELLECHIAIE's refrigerator door:

- Calm down more

- 1-month no arrest by police

- Go DC to office if they do not action

- Say arrest me "I am going to murder Donald John Trump – per defense of oath."

9.      DELLECHIAIE stated he had no interest in assassinations but he did conduct a search about assassinations because it was part of the cycle that was going on in his mind. DELLECHIAIE could not provide a reason other than that as to why he searched about assassinations or attempted assassinations.

10.     DELLECHIAIE mentioned that he was depressed and sees a therapist and is engaged in Ketamine therapy to try to get better. DELLECHIAIE admitted that he drinks to "black out" and that he used to drink every day. DELLECHIAIE said that he used cannabis daily and occasionally uses mushrooms. DELLECHIAIE admitted that he possessed a handgun locked inside a safe in his apartment and that he also owned a hunting rifle and another handgun that were at his friend's residence. This interview was not recorded.

11.     On April 21, 2026, staff at the White House, located in Washington, D.C., where the President resides, received an email on the White House's public facing email address from "ddellechiaie@gmail.com" with the subject "Contact the President" that stated in the body of the email, "I, Dean DelleChiaie, am going neutralize/kill you - Donald John Trump - because you decided to kill kids - and say that it was War - when in reality - it is terrorism. God knows your actions and where you belong."

<u>CONCLUSION</u>

12.     Based on the foregoing, I submit there is probable cause to believe that Dean DELLECHIAIE has committed the crime of interstate communication of a threat, in violation of 18 U.S.C. § 875(c), within the District of New Hampshire and elsewhere, and, therefore, request the issuance of a criminal complaint and arrest warrant.

Respectfully submitted,

*/s/ Nathanael Gamble*
NATHANAEL GAMBLE
Special Agent
United States Secret Service

The affiant appeared before me by telephonic conference, on this date, pursuant to Fed. R. Crim. P. 4.1, and affirmed under oath the content of this affidavit and application.

Date:   May 1, 2026

Time:   7:12 PM, May 1, 2026

HON. ANDREA K. JOHNSTONE
United States Magistrate Judge