UNITED STATES OF AMERICA

v.                                                  Case No. 26-mj-128-01-AJ

DEAN DELLECHIAIE

**MOTION TO UNSEAL
COMPLAINT, ARREST WARRANT, AFFIDAVIT
AND ALL RELATED DOCUMENTS AND ENTRIES**

The United States of America respectfully moves to unseal the complaint, arrest warrant,

affidavit, and all related documents and entries in this matter.

Respectfully submitted,

ERIN CREEGAN
United States Attorney

Dated: May 4, 2026                  By:      */s/ Mike Shannon*
                                             Mike Shannon
                                             Assistant U.S. Attorney

Motion: ___ Granted     ___ Denied         _____
                                             Hon. Andrea K. Johnstone
                                             United States Magistrate Judge