UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

IN RE THE MATTER OF:

**Dean DelleChiaie**
_____
(Petitioner's name)

Case No. __26-mj-128-01-AJ__
(If known)

### REQUEST FOR APPOINTMENT OF COUNSEL

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

MAY 05 2026

FILED

I, __Dean DelleChiaie_____

respectfully request appointment of counsel to represent me as a criminal

defendant.

I am financially unable to hire counsel. A completed Financial Affidavit is

attached. I declare under penalty of perjury that the foregoing is true and

correct.

Date: __5/5/26_____        _____
                                 Signature of Petitioner

═══════════════════════════════════════════════════════

### RULING BY JUDICIAL OFFICER

[X] Request Approved. Appoint counsel. *subject to further review at a status &
counsel hearing to be
scheduled after 5/19/2026.*

[ ] Request Denied.

Date: __5/5/2026__        _____
                           United States Magistrate Judge

USDCNH-17 (Rev. 4/2018) (Previous Editions Obsolete)